# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary Andrews,<br>    Plaintiff<br><br>v.<br><br>Omni Credit Services of Florida,<br>Inc.,<br>    Defendant | Docket 3:09-cv-01662-ARC<br><br>(JUDGE A. RICHARD CAPUTO)<br><br>FILED ELECTRONICALLY |

## ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: September 28, 2009

A. Richard Caputo
United States District Judge